UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA,                              CASE NO.: 1:22-cv-21661-JEM

    Plaintiff,

vs.

KILWIN'S CHOCOLATES FRANCHISE, INC.
a Foreign for Profit Corporation

    Defendant,
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ALEJANDRO ESPINOZA by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, ALEJANDRO ESPINOZA and Defendant, KILWIN'S CHOCOLATES FRANCHISE, INC, have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

                                                         **Respectfully Submitted,**

                                                         **MENDEZ LAW OFFICES, PLLC**
                                                         Attorney for Plaintiff
                                                          P.O. BOX 228630
                                                          Miami, Florida 33172
                                                          Telephone: 305.264.9090
                                                          Facsimile:  305.809.8474
                                                          Email:info@mendezlawoffices.com
                                                          By: /s/ Diego German Mendez
                                                          DIEGO GERMAN MENDEZ, ESQ.
                                                          FL BAR NO.: 52748

###