UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA,  CASE NO.: 1:22-cv-21661-JEM

    Plaintiff,

vs.

KILWIN'S CHOCOLATES FRANCHISE, INC.
a Foreign for Profit Corporation

    Defendant,
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ALEJANDRO ESPINOZA, through undersigned attorney Diego G. Mendez, Esq. pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against KILWIN'S CHOCOLATES FRANCHISE, INC.,

    **Respectfully Submitted,**

    **MENDEZ LAW OFFICES, PLLC**
    Attorney for Plaintiff
    P.O. BOX 228630
    Miami, Florida 33172
    Telephone: 305.264.9090
    Facsimile:  305.809.8474
    Email:info@mendezlawoffices.com
    By: /s/ Diego German Mendez
    DIEGO GERMAN MENDEZ, ESQ.
    FL BAR NO.: 52748

###