UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-21661-CIV-MARTINEZ

ALEJANDRO ESPINOZA,

    Plaintiff,

vs.

KILWIN'S CHOCOLATES FRANCHISE,
INC., a Foreign for Profit Corporation,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice, (ECF No. 8). It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this __31__ day of August, 2022.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record